**APPENDIX A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at _____

IN RE:

                                           *      Case No. _____
              Debtor(s)          *      Chapter _____
-----------------------------------------------------------------
                                           *
              Movant(s)
vs.                                    *

                                           *
              Respondent
                                           *

## NOTICE OF DEBTOR(S)' MOTION
## TO AVOID LIEN PURSUANT TO 11 U.S.C. § 522(f)
## AND HEARING THEREON

A motion was filed on behalf of the debtor(s) to avoid a lien held by _____ _____. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion is attached.

If you do not want the court to grant the motion avoiding the lien, or if you want the court to consider your views on the motion, then by _____ * you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Daniel M. Press, 6718 Whittier Ave. Ste. 200, McLean VA  22101


If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on _____, at _____,** in Courtroom _____, United States Bankruptcy Court, _____.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.


                                                    _____
DATE:_____***      Signature (Attorney or Movant if without counsel)

                                                    Telephone No._____

**Local Bankruptcy Form C**

Ver. 09.11

[*]     Insert a date that is at least **28 days** after the date this notice is mailed, plus any additional time provided by Federal Bankruptcy Rules 9006(a) and (f). The Court Hearing Scheduler (CHS) Program on the court's website and CM/ECF filing screen for this type of motion will compute the date that an objection is due. Use the date computed.

[**]    Insert a date and time from the list of dates available for the judge assigned to the case that is at least **49 days** after the date of this notice.

[***]   Insert the date notice was served.

**Local Bankruptcy Form C**
**Page Two**

Ver. 09.11

- 2 -

**CERTIFICATE OF SERVICE**

      I certify that on the _____ day of _____, 20\_\_, copies of the notice and motion to avoid lien were served upon the Respondent(s) whose name(s) and address(es) are set forth below.

(1)                                                                         (2)

(3)                                                                         (4)

(5)                                                                         (6)

                                                      _____
Signature

                                                       _____
Print Name

**NOTE: Service must be made pursuant to Federal Bankruptcy Rule 7004 and Local Bankruptcy Rule 4003-2.**

**Local Bankruptcy Form C**
**Page Three**

Ver. 09.11